UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DISH NETWORK L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.,
and NAGRASTAR LLC,

    Plaintiffs,

v.

MIKE JENNINGS,

    Defendant.

Case No. 3:13-cv-1096-J-34MCR

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    _____
    _____
    _____
    _____

\_\_X\_ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated September 25, 2013.      Respectfully submitted,

    s/ James A. Boatman, Jr.
    James A. Boatman, Jr.
    Florida Bar No. 0130184
    THE BOATMAN LAW FIRM PA
    3021 Airport-Pulling Road North, Suite 202
    Naples, Florida 34105
    Telephone: (239) 330-1494
    Facsimile: (239) 236-0376
    Email: jab@boatman-law.com
    Attorney for Plaintiffs DISH Network L.L.C.,
    EchoStar Technologies L.L.C., and NagraStar LLC