UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DISH NETWORK L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.,
And NAGRASTAR LLC,

    Plaintiffs,

Case No. 3:13-CV-1096-J-34MCR

v.

MIKE JENNINGS,

    Defendant.
_____/

### A) Defendant's response to complaint

### B) Motion for dismissal

### C) Motion for jury trial

### D) Motion to allow countersuit to run concurrently with this suit

### E) Motion to allow internet notifications

### A) Defendant's response to complaint

1. Comes now the Defendant "Mike Jennings" who denies each and every allegation contained in paragraphs 1-41 of Plaintiffs' complaint.

2. For a legal complaint (lawsuit) they don't even have my legal name and this scurrilous case should be dismissed with prejudice as it is filed in that there are at least a dozen Mike Jennings' in Jacksonville alone and I am not one of them. I will sign this document with Mike Jennings in quotes as I am not acknowledging that I am this person. Further Plaintiffs should not be allowed to withdraw from this case without prejudice in that they will continue their extortion and blackmail tactics against me.

1

B) <u>Motion for dismissal</u>

3.  Comes now the Defendant who asks this court to dismiss this case with prejudice in that the Plaintiffs' only evidence has been supplied by Thomas Dixon (Thief) an admitted liar and thief who is trying to mitigate his damages to the Plaintiffs by implicating anyone he can think of and/or manufacture evidence for this case. Any information obtained from him should be deemed as an illegal search and seizure under the Fourth Amendment of the U. S. Constitution and as poisonous fruit and not admissible in this lawsuit.

4.  The only thing I have been able to find out by visiting the site the Thief frequented is that it had to shut down due to his administrative malfeasance. He was able to create any correspondence and make it look like it was from any one. He did this to pad his victims and use fake id's in order to sell whatever these codes are used for to friends and relatives so as not to implicate them in his robbery and illegal activity perpetrated against the Plaintiffs.

5.  From what I found out from another site his codes were deemed to be stolen, subsequently cancelled and were of no use even if someone had bought them for illegal activity.

6.  This whole lawsuit is due to the Thief stealing $15 from my paypal account for which I was never informed until a year after the fact. At this time I was told that the Thief's paypal account had been cancelled due to illegal activity. I was told that I could not get my money back. I immediately changed my password and chalked it up to computer fraud and considered myself lucky that it wasn't worse.

7. Since the beginning of April when I was first notified of this fraud they have been threatening, intimidating, blackmailing, invading my privacy, and trying to extort money (of which I have none, nor do I have any assets or income for them to take or attach) from me for something I never did, don't have the computer expertise, nor the equipment or desire to steal their lame programming.

8. They are attempting to use the court to go on a fishing expedition (or should it be called a phishing expedition) to further invade my privacy through court orders to obtain ISP, paypal, banking, and other private information solely based on the admitted liar and true thief who is only trying to mitigate his punishment by implicating innocent people in his web of lies.

9. The mere fact that they had a home address attached to my paypal theft shows the duplicity of their sole "witness" in that the transaction as described would not have included a home address included since there was no "product" to ship. By their own admissions the code was not delivered by email but only on the site where their Thief did his dirty work. He had complete control of these postings from what I have found and could have created any of the so called "postings" attributed to me.

10. I am a victim of computer fraud here by the Thief and/or by someone in my neighborhood who has hacked into my wifi network. I really don't know much about computers and found out this year that I had so many viruses and incursions into my machine that it had to be replaced.

11. The Digital Millennium act that they quote here does not apply in that

3

copyright infringement has to be filed by the parties holding the copyright not someone like the Plaintiffs. In fact, even if it can be shown to apply in this case, they cannot prove nor have they ever stated ANY program (by name) that was downloaded/or viewed.

12. Even if the court granted access to ISP records and even if they were to show that whatever came to my ISP, it doesn't prove that I received whatever they sent only that someone who had access to my computer may have done this. These allegations are over one year old and I would have no way to find out who may have done this due to the high turnover of residents in my area and the many dishes attached to homes here. In addition, multiple Federal District Courts have already set a precedent in such cases as this which states that an IP address IS NOT A PERSON and therefore, I should not be implicated in any lawsuit which cannot legally be proven.

13. From what I've been able to find out online, the Plaintiffs can shut down these services whenever they choose, and usually do about every Thursday. In addition they cause what the sites call as freezing and other things called ECM's (whatever they are!). From my reading Direct TV had these signal thefts years ago, changed their security, and have had no problems since then. The Plaintiffs never notified ISP's of these illegal sites as was done when music was being illegally downloaded so that the ISP's could shut down service to those customers availing themselves of the illegal sites. I was never notified of any potential illegal activity. So why I ask would they not avail themselves of such security upgrades to stop these thefts? I believe they see easy money in entrapping the public into these thefts (I've read they even run some of the sites providing these services and have their plants in many more who encourage such activity) so that they can extort money out of people with very little work on their part due to the general

4

public being afraid of the court system. Their tactics sound like something the mob would be doing and they should not be rewarded for their scurrilous actions.

### C) Motion for jury trial

14. Comes now the Defendant and asks the court to provide a jury trial as is my right under the U. S. Constitution.

### D) Motion to allow countersuit to run concurrently with this suit

15. Comes now the Defendant and asks the court to allow me to file a countersuit that can run concurrently with Plaintiffs' lawsuit so as not to duplicate the efforts of the court and jury against the Plaintiffs, and in addition to but not limited to, the Chairman of the Board of Dish Network Charles William Ergen, Stephen M. Ferguson individually, his law firm Hagan Noll & Boyle LLC, James A. Boatman, Jr. individually, and his law firm The Boatman Law Firm PA, and of course the Thief.

16. All of the above have participated willingly in intimidation, fraud, extortion, blackmail, pain and suffering, invasion of privacy and character assassination since early April of this year using poisonous fruit "evidence" obtained by coercion of an admitted thief and liar who had the computer knowledge to both create the "evidence" and any theft in my paypal account. I will be countersuing the above for $1,000,000 each or such other damages, costs and expenses as the court and jury deem appropriate.

### E) Motion to allow internet communications

17. Comes now the Defendant and asks the court to allow all filings related to this

lawsuit or the proposed countersuit be sent by email as I cannot afford to pay for, nor should I be required to pay for, the service that allows up to date monitoring on the internet. I will provide the email address to the court upon request so as not to publish it in this document and provide the Plaintiffs with another source to further their intimidation tactics and threats. I am an elderly person under a doctor's care for high blood pressure and shouldn't be placed at a disadvantage in keeping up with the filings of the multi-billion dollar companies and their affiliates.

Respectfully submitted,

_____
"Mike Jennings"
7760 Arble Dr.
Jacksonville, Fl. 32211