**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DISH NETWORK L.L.C., ECHOSTAR
TECHNOLOGIES L.L.C., and
NAGRASTAR LLC,

      Plaintiffs,

v.                                                Case No. 3:13-cv-1096-J-34MCR

MIKE JENNINGS,

      Defendant.
_____/

## AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

Having considered the parties' Joint Motion for Entry of Agreed Final Judgment and Permanent Injunction (Dkt. No. 27), the court file in this matter, and the applicable law, it is hereby

**ORDERED:**

(1) Defendant and any person acting in active concert or participation with, or at the direction or control of Defendant, who receives actual notice of this Order, are hereby permanently enjoined from:

    A. circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal; and

    B. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

(2)     This permanent injunction takes effect immediately.

(3)     Judgment is entered for DISH Network on Count I of the Complaint alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1), Count II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a), and Count III alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520.

(4)     Statutory damages in the amount of $10,000.00 are awarded to DISH Network in accordance with 18 U.S.C. § 2520(c)(2)(B).

(5)     Defendant's counterclaim is **DISMISSED with prejudice**.

(6)     Each party is to bear its own attorney's fees and costs.

(7)     The Court retains jurisdiction over this action for the purpose of enforcing this final judgment and permanent injunction.

(8)     The Clerk of the Court is directed to terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of April, 2014.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Pro Se Party